FILED
6/2/2021 12:14 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005642

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TRAFFIX USA, INCORPORATED | Case No. |
| Plaintiff, | 2021L005642 |
| v. | |
| ALTEX TRANSPORTATION, INC. | |
| Defendants. | |

## COMPLAINT

Plaintiff, Traffix USA Incorporated (hereinafter "Traffix" or "Plaintiff"), by and through their attorneys, Rubenstein Business Law, state their Complaint against Defendant, Altex Transportation, Inc. (hereinafter "Altex" or "Defendant"), as follows:

## PARTIES

1. Traffix USA Inc. is a long-standing third-party logistics specialist, whose office is located is located at 141 W Jackson Boulevard, Suite 2010A, Cook County, Chicago, Illinois 60604.

2. Altex Transportation, Inc. is located at 2600 Rice Ave., West Sacramento, CA 95691.

## COUNT I

### BREACH OF CONTRACT AGAINST ALTEX TRANSPORTATION, INC.

3. On or about April 28, 2020, Traffix entered into a contract (hereinafter "Contract") with Altex for Load #529068 wherein Altex was to transport goods from Silgan -FTG Dodge

1

FILED DATE: 6/2/2021 12:14 PM 2021L005642

FILED DATE: 6/2/2021 12:14 PM 2021L005642

Alcan Plant, 3591 Maple Drive, Dock #6, Fort Dodge, IA, 50501 to Silgan Containers Manufacturing Corp., Pacific Coast, 1376 Lemen Ave. Woodland, CA 95776. Altex would provide this service in exchange for $3,100.00. Said contract is attached as Exhibit "A."

4. On or about April 28, 2020, Traffix entered into a second contract (hereinafter "Second Contract") with Altex for Load #529070 wherein Altex was to transport goods from Silgan -FTG Dodge Alcan Plant, 3591 Maple Drive, Dock #6, Fort Dodge, IA, 50501 to Silgan Containers Manufacturing Corp., Pacific Coast, 1376 Lemen Ave. Woodland, CA 95776. Altex would provide this service in exchange for $3,100.00. Said Second Contract is attached as Exhibit "B."

5. According to both the Contract and Second Contract, the goods were to be picked up by Altex on April 30, 2020 and was to be delivered by May 4, 2020.

6. While the cargo was in Altex's custody and control, they were responsible for any damages relating to the loss or destruction of the cargo.

7. The Contract and Second Contract both state that "CLAIMS AND DAMAGES WILL BE HELD AGAINST CARRIER ACCOUNT IN ARREARS UNTIL THE CLAIM IS SETTLED." See attached Exhibit "A" and "B."

8. The Contract and Second Contract both state that "Silgan, or its affiliates, DO NOT ALLOW TRANS-LOADING, EQUIPMENT (CET) CHANGES, OR ORIGIN/DESTINATION CHANGES OTHER THAN STATED ON EACH TENDER WITHOUT WRITTEN APPROVAL FROM AN AUTHROIZED SILGAN REPRESENTATIVE. Any deviation from this policy will result in a full claim with carrier potentially liable for disposal charges." See attached Exhibit "A" and "B."

FILED DATE: 6/2/2021 12:14 PM 2021L005642

9. During the transport, the cargo became damaged.

10. Upon arrival, it was noticed that the container number did not match the paperwork. Upon investigation, it was determined that the pallets were off-loaded and reloaded onto another trailer. This is against Silgan policy and the ends are not able to be sold to the customer due to possible contamination.

11. Accordingly, Altex is in breach of the Contract and Second Contract, as Altex was responsible for the safety of the cargo while it was in their possession, and violated the Contract and Second Contract by Trans-loading without written approval.

12. As a result, Plaintiff is forced to reimburse Silgan for the damaged cargo.

13. Traffix has been damaged in the amount of $111,366.46, plus attorney's fees and damages.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter judgment against Altex for the following relief:

A. An award of compensatory damages;

B. An award to Plaintiffs of its costs and expenses, including reasonable attorney's fees, in bringing this action; and

C. Such other and further relief as the Court deems just and proper.

## COUNT II

## UNJUST ENRICHMENT AGAINST ALTEX

3

14. Plaintiff repeats and re-alleges each and every allegation set forth in Paragraphs 1 through 13 as if same were set forth at length herein.

15. As an alternative to Count I, Plaintiff conferred a financial benefit on Altex by arranging for them to pick up $111,366.46 worth of cargo.

16. At time of delivery, the cargo was rejected due to damage. Upon arrival, it was noticed that the container number did not match the paperwork. Upon investigation, it was determined that the pallets were off-loaded and reloaded onto another trailer. This is against Silgan policy and the ends are not able to be sold to the customer due to possible contamination.

17. By virtue of Altex's failure to safeguard the shipment, the damage to the product has resulted in a monetary loss to the Plaintiff.

18. As a result of the Defendant's actions, Plaintiff has suffered substantial damages.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter judgment against Altex for the following relief:

A. An award of compensatory damages;

B. An award of punitive damages against Altex for their intentional and malicious misconduct;

C. An award to Plaintiff of its costs and expenses, including reasonable attorney's fees, in bringing this action; and

D. Such other and further relief as the Court deems just and proper.

## COUNT III

4

## NEGLIGENCE AGAINST ALTEX

19. Plaintiff repeats and re-alleges each and every allegation set forth in Paragraphs 1 through 18 as if same were set forth at length herein.

20. Altex had a duty to safeguard the cargo as an agent on behalf of Plaintiff.

21. Altex breached that duty. Upon arrival, it was noticed that the container number did not match the paperwork. Upon investigation, it was determined that the pallets were off-loaded and reloaded onto another trailer. This is against Silgan policy and the ends are not able to be sold to the customer due to possible contamination.

22. Altex's negligence proximately caused the breach by failing to act in a reasonable manner to safeguard the cargo.

23. As a result, Plaintiff is forced to reimburse Silgan for the damaged cargo.

24. Traffix has been damaged in the amount of $111,366.46, plus attorney's fees and damages.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter judgment against Altex for the following relief:

A. An award of compensatory damages;

B. An award to Plaintiff of its costs and expenses, including reasonable attorney's fees, in bringing this action; and

C. Such other and further relief as the Court deems just and proper.

> RUBENSTEIN BUSINESS LAW
> David Rubenstein, Esq. #6290619
> 30 S. Wacker Drive, 22nd Flr.
> Chicago, IL 60606
> Attorneys for Plaintiff

FILED DATE: 6/2/2021 12:14 PM 2021L005642

By:   s/David Rubenstein
      DAVID RUBENSTEIN

Date: April 18, 2021

FILED DATE: 6/2/2021 12:14 PM   2021L005642

# EXHIBIT A



FILED DATE: 6/2/2021 12:14 PM   2021L005642

***TRAFFIX ONLY RECOGNIZES INVOICE DATE AND PAYMENT AGING AFTER **COMPLETE DOCUMENTATION** IS RECEIVED***

- *Submit each **TRAFFIX Load #** as a <u>separate email</u>*
- *Payment **<u>WILL NOT BE PROCESSED</u>** if carrier fails to indicate **TRAFFIX Load #** and **Payment Type** in the **Subject** of email*
- *One Payment Type allowed per email submission*
- ***TRAFFIX Load Confirmation** must be submitted*
- ***TRAFFIX Load #** must be clearly labeled on the carrier invoice*

When submitting **TRAFFIX** Load Confirmation, invoice and proof of delivery (POD), email must be sent **ONLY** to <u>carrierpayment@traffix.com</u>

▶ **Regular:** A bank check will be mailed out 40 days after COMPLETE documentation is received



If you have any questions **ONLY** related to payment, please email *<u>AP@traffix.com</u>* or **Call (888)-840-1569 ext.311**

Page 1 of 4

# TRAFFIX
*High Performance | Logistics*

141 W JACKSON BLVD SUITE #2010A
CHICAGO, IL 60604
Phone: 3129836101

**TRAFFIX LOAD CONTACT:**
Office: 888-834-5356 EXT 658
Dispatcher: MATTHEW CAMPBELL
EMail: MCAMPBELL@TRAFFIX.COM

**TRAFFIX LOAD #: 529068**

INSTRUCTIONS FOR PAYMENT & INVOICE SUBMISSION:
- THIS LOAD CONFIRMATION MUST ACCOMPANY INVOICE
- EMAIL : CARRIERPAYMENT@TRAFFIX.COM
- INVOICE FAX 1-888-508-1175



529068-1-CONF

FILED DATE: 6/2/2021 12:14 PM   2021L005642

| Carrier Name: | ALTEX TRANSPORTATION | Equipment: PLATED | Service Level: REGULAR |
|---|---|---|---|
| Phone: | (916) 372-8402 | BASE RATE | $3,100.00 |
| | | TOTAL USD | $3,100.00 |

**NOTES:** MKAPLAN - Apr 28,2020 10:56 AM
2 straps needed

MKAPLAN - Apr 28,2020 10:50 AM
53 PLATE TRAILER ONLY
MUST TAKE PICTURES WHILE LOADING

FOOD GRADE LOAD NEEDING CLEAN, DRY, ODOR FREE, NO HOLES TRAILER.

POD MUST BE SENT WITHIN 48 HOURS OF DELIVERY.
DETENTION MUST BE REPORTED 30 MINUTES PRIOR TO OCCURING.

MUST HAVE DRIVER CELL AND MACROPOINT ACCEPTED

FOR LOADS DELIVERING INTO WOODLAND CALIFORNIA - IF THEY DO NOT GET INSPECTED
IN SACRAMENTO, THE DRIVER WILL BE FINED $500

MISSED DELIVERIES WILL RESULT IN A $500 FINE

Silgan, or its affiliates, DO NOT ALLOW TRANS-LOADING, EQUIPMENT
(CET) CHANGES, OR ORIGIN/DESTINATION CHANGES OTHER THAN
STATED ON EACH TENDER WITHOUT WRITTEN APPROVAL FROM AN
AUTHROIZED SILGAN REPRESENTATIVE.

Any deviation from this policy will result in a full claim with carrier
potentially liable for disposal charges.

TMC FOR PROBLEM 1866-719-8806

DETENTION MUST BE REQUESTED WHILE DRIVER IS ON SITE

**SHIPPER 1 of 1: SILGAN - FTG DODGE ALCAN PLANT**

Address: 3591 MAPLE DRIVE
DOCK E6
FORT DODGE, IA, 50501-6422
Telephone: (515) 955-6515

Pick Up Date: Thursday, April 30, 2020
Appt Time: 10:00 AM

Other: 8032093791SX
Pickup#: 2093791
Primary trace: 321369149

Please ask for and confirm receipt of:

# TRAFFIX
High Performance | Logistics

141 W JACKSON BLVD SUITE #2010A
CHICAGO, IL 60604
Phone: 3129836101

**TRAFFIX LOAD #: 529068**

INSTRUCTIONS FOR PAYMENT & INVOICE SUBMISSION:
- THIS LOAD CONFIRMATION MUST ACCOMPANY INVOICE
- EMAIL : CARRIERPAYMENT@TRAFFIX.COM
- INVOICE FAX 1-888-508-1175

## TRAFFIX LOAD CONTACT:
Office: 888-834-5356 EXT 658
Dispatcher: MATTHEW CAMPBELL
EMail: MCAMPBELL@TRAFFIX.COM



529068-1-CONF

FILED DATE: 6/2/2021 12:14 PM  2021L005642

| Commodity | | Skid Dimensions |
|---|---|---|
| CANS & LIDS | Est Weight 40,000.00 LB | |
| | Units | |
| | Pallets 16 PLT | |
| | Linear Feet 53 FT | |
| | Cube | |
| | Temp | |

---

## DELIVERY 1 of 1: PACIFIC COAST

Address: 1376 Lemen Ave
WOODLAND, CA, 95776-3369

Telephone: () -

Delivery Date: Monday, May 4, 2020
Appt Time: 09:15 AM

Other: 8032093791SX
Pickup#: 2093791
Primary trace: 321369149

Please ask for and confirm receipt of:

| Commodity | | Skid Dimensions |
|---|---|---|
| CANS & LIDS | Est Weight 40,000.00 LB | |
| | Units | |
| | Pallets 16 PLT | |
| | Linear Feet 53 FT | |
| | Cube | |
| | Temp | |

# TRAFFIX
### High Performance | Logistics

141 W JACKSON BLVD SUITE #2010A
CHICAGO, IL 60604
Phone: 3129836101

**TRAFFIX LOAD CONTACT:**
Office: 888-834-5356 EXT 658
Dispatcher: MATTHEW CAMPBELL
EMail: MCAMPBELL@TRAFFIX.COM

**TRAFFIX LOAD #: 529068**

INSTRUCTIONS FOR PAYMENT & INVOICE SUBMISSION:

- THIS LOAD CONFIRMATION MUST ACCOMPANY INVOICE
- EMAIL : CARRIERPAYMENT@TRAFFIX.COM
- INVOICE FAX **1-888-508-1175**



529068-1-CONF

FILED DATE: 6/2/2021 12:14 PM   2021L005642

## CONTRACT IS BINDING UPON RECEIPT

**Terms & Conditions**
FAILURE TO COMPLY WITH THESE TERMS & CONDITIONS WILL RESULT IN NON PAYMENT OF INVOICE:

1. CARRIER MUST ADVISE TRAFFIX OF ANY DELAYS OR DISCREPANCY ATLEAST 2 HOURS PRIOR TO PICK UP / DELIVERY APPOINTMENT TIME. MISSED OR LATE APPOINTMENTS MAY BE SUBJECT TO FINES AND/ OR CHARGE BACK BY TRAFFIX.
2. DOUBLE BROKERING OF TRAFFIX FREIGHT IS STRICTLY PROHIBITED. TRUCK/TRAILER INFORMATION ON BOL MUST MATCH CARRIER CONFIRMATION.
3. TEAM SERVICE REQUIRES A MINIMUM OF 1000 MILES OF TRAVEL PER 24 HOUR PERIOD. LESS THEN 1000 MILES MAY BE SUBJECT TO FINES AND/ OR CHARGE BACK BY TRAFFIX.
4. BACK SOLICITATION WILL RESULT IN LEGAL ACTION AND NON PAYMENT.
5. CARRIER IS RESPONSIBLE FOR ALL LOADING AND UNLOADING CHARGES.
6. CARRIER MUST PULP ALL PRODUCT DURING LOADING AND ENSURE TEMPERATURE MATCHES THEIR BILL OF LADING AND LOAD CONTRACT. DISCREPENCY MUST BE REPORTED TO TRAFFIX DISPATCH IMMEDAITELY AND MUST BE APPROVED BY TRAFFIX PRIOR TO DEPARTURE FROM SHIPPER.
7. CARRIER AGREES THAT THIS CONTRACT IS LIMITED TO THE CARRIER BROKER RELATIONSHIP AND ALSO AGREES TO HOLD THE SHIPPER, CONSIGNEE, AND OTHER BENEFICIAL PARTIES HARMLESS AGAINST ANY DISPUTES ARISING FROM PAYMENT OR SERVICE.
8. ANY ADDITIONAL CHARGES MUST BE APPROVED BY TRAFFIX PRIOR TO INVOICING. CARRIER MUST OBTAIN A REVISED LOAD CONTRACT FROM TRAFFIX DISPATCH FOR THE EXPENSE TO BE PROCESSED.
9. CARRIER IS RESPONSIBLE FOR ALL ASSOCIATED BOND CHARGES AND FINES. PROOF OF BOND CANCELLATION MUST BE PRESENTED FOR PAYMENT.
10. CLAIMS AND DAMAGES WILL BE HELD AGAINST CARRIER ACCOUNT IN ARREARS UNTIL THE CLAIM IS SETTLED
11. ORIGINAL SIGNED PROOF OF DELIVER, CUSTOMS CLEARANCE, AND TRAFFIX LOAD CONTRACT ALL REQUIRED FOR INVOICE SUBMISSION.
12. JURISDICTION WILL BE DETERMINED BY THE TRAFFIX BILL-TO: CITY / STATE (PROVINCE) AS REFERENCED IN THIS CONTRACT
13. FUEL ADVANCES OF 40% ARE CHARGED A FEE OF 2% OF THE GROSS AGREED RATE BETWEEN CARRIER IN BROKER. EACH COMCHEK WRITTEN TO THE CARRIER WILL BE CHARGED A $10 ADMINISTRATIVE FEE.
14. IF DETENTION OCCURRED, TIMES MUST BE STAMPED AND SIGNED BY PICKUP AND/OR DELIVERY FACILITY IN ORDER TO BE PAID. CARRIER IS ALSO REQUIRED TO NOTIFY TRAFFIX PRIOR TO DETENTION OCCURRING TO ASSIST WITH THE LOADING/UNLOADING PROCESS.
15. IF LUMPER OCCURRED AT DELIVERY, CARRIER MUST NOTIFY TRAFFIX OF AMOUNT PAID & SUBMIT RECEIPT WITHIN 48 BUSINESS HOURS OF DELIVERY OR LUMPER WILL NOT BE REIMBURSED.
16. SEAL MUST REMAIN INTACT AT ALL TIMES AND MAY NOT BE BROKEN WITHOUT CONSENT FROM TRAFFIX. IN THE EVENT THAT A SEAL IS BROKEN BY CANADIAN BORDER SERVICES OR UNITED STATES CUSTOMS & BORDER PROTECTIONS, PLEASE ADVISE TRAFFIX IMMEDIATELY WITH THE NEW SEAL INFORMATION. ANY SEAL BROKEN BY THE CARRIER WILL RESULT IN AN INSURANCE CLAIM FOR THE FULL VALUE OF THE PRODUCT ONBOARD.

The link provided below contains important information regarding the FDAs new regulations for the transportation of food for human and animal consumption. As a carrier you are responsible for meeting the regulations that are outlined in the attached documents. Please go the attached link and read the documents. https://traffix.com/media/download/68

FILED DATE: 6/2/2021 12:14 PM 2021L005642

# EXHIBIT B



FILED DATE: 6/2/2021 12:14 PM 2021L005642

***TRAFFIX ONLY RECOGNIZES INVOICE DATE AND PAYMENT AGING AFTER COMPLETE DOCUMENTATION IS RECEIVED***

- *Submit each **TRAFFIX Load #** as a <u>separate email</u>*
- *Payment **WILL NOT BE PROCESSED** if carrier fails to indicate **TRAFFIX Load #** and **Payment Type** in the **Subject** of email*
- *One Payment Type allowed per email submission*
- ***TRAFFIX Load Confirmation** must be submitted*
- ***TRAFFIX Load #** must be clearly labeled on the carrier invoice*

When submitting **TRAFFIX** Load Confirmation, invoice and proof of delivery (POD), email must be sent **ONLY** to carrierpayment@traffix.com

▶ **Regular:** A bank check will be mailed out 30 days after COMPLETE documentation is received



If you have any questions **ONLY** related to payment, please email *AP@traffix.com* or Call **(888)-840-1569 ext.311**

Page 1 of 3

# TRAFFIX
### High Performance | Logistics

141 W JACKSON BLVD SUITE #2010A
CHICAGO, IL 60604
Phone: 3129836101

**TRAFFIX LOAD #: 529070**

INSTRUCTIONS FOR PAYMENT & INVOICE SUBMISSION:

- THIS LOAD CONFIRMATION MUST ACCOMPANY INVOICE
- EMAIL : CARRIERPAYMENT@TRAFFIX.COM
- INVOICE FAX 1-888-508-1175

## TRAFFIX LOAD CONTACT:
Office: 888-834-5356 EXT 658
Dispatcher: MATTHEW CAMPBELL
EMail: MCAMPBELL@TRAFFIX.COM



529070-1-CONF

| Carrier Name: | ALTEX TRANSPORTATION | Equipment: PLATED | Service Level: REGULAR |
|---|---|---|---|
| Phone: | (916) 372-8402 | BASE RATE | $3,100.00 |
| | | TOTAL USD | $3,100.00 |

**NOTES:** MKAPLAN - Apr 28,2020 10:52 AM
53 PLATE TRAILER ONLY
MUST TAKE PICTURES WHILE LOADING

FOOD GRADE LOAD NEEDING CLEAN, DRY, ODOR FREE, NO HOLES TRAILER.

POD MUST BE SENT WITHIN 48 HOURS OF DELIVERY.
DETENTION MUST BE REPORTED 30 MINUTES PRIOR TO OCCURING.

MUST HAVE DRIVER CELL AND MACROPOINT ACCEPTED

FOR LOADS DELIVERING INTO WOODLAND CALIFORNIA - IF THEY DO NOT GET INSPECTED
IN SACRAMENTO, THE DRIVER WILL BE FINED $500

MISSED DELIVERIES WILL RESULT IN A $500 FINE

Silgan, or its affiliates, DO NOT ALLOW TRANS-LOADING, EQUIPMENT
(CET) CHANGES, OR ORIGIN/DESTINATION CHANGES OTHER THAN
STATED ON EACH TENDER WITHOUT WRITTEN APPROVAL FROM AN
AUTHROIZED SILGAN REPRESENTATIVE.

Any deviation from this policy will result in a full claim with carrier
potentially liable for disposal charges.

TMC FOR PROBLEM 1866-719-8806

DETENTION MUST BE REQUESTED WHILE DRIVER IS ON SITE

### SHIPPER 1 of 1: SILGAN - FTG DODGE ALCAN PLANT

Address: 3591 MAPLE DRIVE
DOCK E6
FORT DODGE, IA, 50501-6422
Telephone: (515) 955-6515

Pick Up Date: Thursday, April 30, 2020
Appt Time: 07:00 AM

Other: 8032093793SX
Pickup#: 2093793
Primary trace: 321369152

Please ask for and confirm receipt of:

| Commodity | Est Weight | 40,000.00 LB | Skid Dimensions |
|---|---|---|---|
| CANS & LIDS | Units | | |
| | Pallets | 16 PLT | |
| | Linear Feet | 53 FT | |
| | Cube | | |
| | Temp | | |

FILED DATE: 6/2/2021 12:14 PM  2021L005642

# TRAFFIX
*High Performance | Logistics*

141 W JACKSON BLVD SUITE #2010A
CHICAGO, IL 60604
Phone: 3129836101

**TRAFFIX LOAD #: 529070**

**INSTRUCTIONS FOR PAYMENT & INVOICE SUBMISSION:**
- THIS LOAD CONFIRMATION MUST ACCOMPANY INVOICE
- EMAIL : CARRIERPAYMENT@TRAFFIX.COM
- INVOICE FAX 1-888-508-1175

## TRAFFIX LOAD CONTACT:
Office: 888-834-5356 EXT 658
Dispatcher: MATTHEW CAMPBELL
EMail: MCAMPBELL@TRAFFIX.COM


529070-1-CONF

## DELIVERY 1 of 1: PACIFIC COAST

Address: 1376 Lemen Ave
WOODLAND, CA, 95776-3369
Telephone: () -

Delivery Date: Monday, May 4, 2020
Appt Time: 07:00 AM

Other: 8032093793SX
Pickup#: 2093793
Primary trace: 321369152

Please ask for and confirm receipt of:

| Commodity | Est Weight | 40,000.00 LB | Skid Dimensions |
|---|---|---|---|
| CANS & LIDS | Units | | |
| | Pallets | 16 PLT | |
| | Linear Feet | 53 FT | |
| | Cube | | |
| | Temp | | |

**CONTRACT IS BINDING UPON RECEIPT**

### Terms & Conditions
FAILURE TO COMPLY WITH THESE TERMS & CONDITIONS WILL RESULT IN NON PAYMENT OF INVOICE:

1. CARRIER MUST ADVISE TRAFFIX OF ANY DELAYS OR DISCREPANCY ATLEAST 2 HOURS PRIOR TO PICK UP / DELIVERY APPOINTMENT TIME. MISSED OR LATE APPOINTMENTS MAY BE SUBJECT TO FINES AND/ OR CHARGE BACK BY TRAFFIX.
2. DOUBLE BROKERING OF TRAFFIX FREIGHT IS STRICTLY PROHIBITED. TRUCK/TRAILER INFORMATION ON BOL MUST MATCH CARRIER CONFIRMATION.
3. TEAM SERVICE REQUIRES A MINIMUM OF 1000 MILES OF TRAVEL PER 24 HOUR PERIOD. LESS THEN 1000 MILES MAY BE SUBJECT TO FINES AND/ OR CHARGE BACK BY TRAFFIX.
4. BACK SOLICITATION WILL RESULT IN LEGAL ACTION AND NON PAYMENT.
5. CARRIER IS RESPONSIBLE FOR ALL LOADING AND UNLOADING CHARGES.
6. CARRIER MUST PULP ALL PRODUCT DURING LOADING AND ENSURE TEMPERATURE MATCHES THEIR BILL OF LADING AND LOAD CONTRACT. DISCREPENCY MUST BE REPORTED TO TRAFFIX DISPATCH IMMEDAITELY AND MUST BE APPROVED BY TRAFFIX PRIOR TO DEPARTURE FROM SHIPPER.
7. CARRIER AGREES THAT THIS CONTRACT IS LIMITED TO THE CARRIER BROKER RELATIONSHIP AND ALSO AGREES TO HOLD THE SHIPPER, CONSIGNEE, AND OTHER BENEFICIAL PARTIES HARMLESS AGAINST ANY DISPUTES ARISING FROM PAYMENT OR SERVICE.
8. ANY ADDITIONAL CHARGES MUST BE APPROVED BY TRAFFIX PRIOR TO INVOICING. CARRIER MUST OBTAIN A REVISED LOAD CONTRACT FROM TRAFFIX DISPATCH FOR THE EXPENSE TO BE PROCESSED.
9. CARRIER IS RESPONSIBLE FOR ALL ASSOCIATED BOND CHARGES AND FINES. PROOF OF BOND CANCELLATION MUST BE PRESENTED FOR PAYMENT.
10. CLAIMS AND DAMAGES WILL BE HELD AGAINST CARRIER ACCOUNT IN ARREARS UNTIL THE CLAIM IS SETTLED
11. ORIGINAL SIGNED PROOF OF DELIVER, CUSTOMS CLEARANCE, AND TRAFFIX LOAD CONTRACT ALL REQUIRED FOR INVOICE SUBMISSION.
12. JURISDICTION WILL BE DETERMINED BY THE TRAFFIX BILL-TO: CITY / STATE (PROVINCE) AS REFERENCED IN THIS CONTRACT
13. FUEL ADVANCES OF 40% ARE CHARGED A FEE OF 2% OF THE GROSS AGREED RATE BETWEEN CARRIER IN BROKER. EACH COMCHEK WRITTEN TO THE CARRIER WILL BE CHARGED A $10 ADMINISTRATIVE FEE.
14. IF DETENTION OCCURRED, TIMES MUST BE STAMPED AND SIGNED BY PICKUP AND/OR DELIVERY FACILITY IN ORDER TO BE PAID. CARRIER IS ALSO REQUIRED TO NOTIFY TRAFFIX PRIOR TO DETENTION OCCURRING TO ASSIST WITH THE LOADING/UNLOADING PROCESS.
15. IF LUMPER OCCURRED AT DELIVERY, CARRIER MUST NOTIFY TRAFFIX OF AMOUNT PAID & SUBMIT RECEIPT WITHIN 48 BUSINESS HOURS OF DELIVERY OR LUMPER WILL NOT BE REIMBURSED.
16. SEAL MUST REMAIN INTACT AT ALL TIMES AND MAY NOT BE BROKEN WITHOUT CONSENT FROM TRAFFIX. IN THE EVENT THAT A SEAL IS BROKEN BY CANADIAN BORDER SERVICES OR UNITED STATES CUSTOMS & BORDER PROTECTIONS, PLEASE ADVISE TRAFFIX IMMEDIATELY WITH THE NEW SEAL INFORMATION. ANY SEAL BROKEN BY THE CARRIER WILL RESULT IN AN INSURANCE CLAIM FOR THE FULL VALUE OF THE PRODUCT ONBOARD.

The link provided below contains important information regarding the FDAs new regulations for the transportation of food for human and animal consumption. As a carrier you are responsible for meeting the regulations that are outlined in the attached documents. Please go the attached link and read the documents. https://traffix.com/media/download/68