IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAFFIX USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-03625 |
| v. ) | |
| ) | |
| ALTEX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S JURISDICTIONAL STATEMENT**

NOW COMES Defendant, ALTEX TRANSPORTATION, INC. (hereinafter "Altex"), by and through its attorneys, LEAHY, EISENBERG & FRAENKEL, LTD., pursuant to this Court's July 9, 2021 Order (Docket #7) submits its Jurisdictional Statement, in support thereof, states as follows:

1. Traffix USA, Inc. (hereinafter "Plaintiff") is a registered with the Illinois Secretary of State as a Foreign corporation, organized and existing under the laws of the State of Delaware. Plaintiff is headquartered in Milton, Ontario, Canada and has an office located at 141 W. Jackson Blvd., Suite 2010A, Chicago, Illinois. At all times material hereto, Plaintiff was duly authorized to engage in the business of transportation in the State of Illinois pursuant to Illinois File Number 70934426. *See* Exhibit A.

2. Plaintiff's registered agent is located at 801 Adlai Stevenson Dr., Springfield, Illinois. *See* Exhibit A.

3. Altex is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 2600 Rice Avenue, West Sacramento, California and associated at all material times hereto with California Business ID #C3404516. *See* Exhibit B.

4. Plaintiff alleges damages in the amount of $111,366.46 in Plaintiff's Complaint. *See* Exhibit C.

5. Jurisdiction is proper pursuant to 28 U.S.C. § 1332(a)(1) because this action involves a controversy between citizens of different states and the amount of controversy exceeds $75,000.00.

                Respectfully submitted,

                ALTEX TRANSPORTATION, INC.

By:   /s/ *Scott Wing*
       Attorney for Defendant

Scott Wing (ARDC No. 6298780)
Howard Randell (ARDC No. 6204957)
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel.: (312) 368-4554
Fax: (312) 368-4562
Email: sw@lefltd.com
       hbr@lefltd.com
\\LEFPL19\ProLawFILES\Documents\HARTFORD - HBR\20923\PLEADINGS - FEDERAL\879495.docx

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2021, service of a true and complete copy of the foregoing document was made upon counsel listed below via the Court's electronic filing record:

David Rubenstein, Esq.
Rubenstein Business Law
30 S. Wacker Drive, 22nd FL
Chicago, IL 60606
Email: DRubenstein@RubensteinBusinessLaw.com

Respectfully submitted,

*/s/ Scott Wing*
_____

Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe St., Suite 1100
Chicago, IL 60603
(312) 368-4554 – Phone
(312) 368-4562 – Fax

Scott Wing (ARDC No. 6298780)
Howard Randell (ARDC No. 6204957)
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel.: (312) 368-4554
Fax: (312) 368-4562
Email: sw@lefltd.com
        hbr@lefltd.com