

EXHIBIT "A"

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 70934426 |
| Entity Name | TRAFFIX USA INC. |
| Status | ACTIVE |

### Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | Tuesday, 31 January 2017 |
| State | DELAWARE |
| Duration Date | PERPETUAL |

### Agent Information

| | |
|---|---|
| Name | ILLINOIS CORPORATION SERVICE C |
| Address | |

801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Friday, 27 April 2018

## Annual Report

Filing Date
Friday, 18 December 2020

For Year
2021

## Officers

President
Name & Address
LORNE CHARLES SNOW UNIT 1-375WHEELABRATOR WAY MILTON ONTARI

Secretary
Name & Address
MARK CHRISTOPHER SOUTHEY UNIT1-375 WHEELABRATOR WAY MILTON

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office. Tue Jul 13 2021

https://apps.ilsos.gov/corporatellc/CorporateLlcController 2/2