**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TRAFFIX USA, INC.,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**ALTEX TRANSPORTATION, INC.,**<br><br>        **Defendants.** | **Case No. 1:21-CV-03625** |

**PLAINTIFF'S RESPONSES TO DEFENDANT ALTEX TRANSPORTATION, INC.'S AFFIRMATIVE DEFENSES**

NOW comes the Plaintiff Traffix USA, Inc., by and through their attorney, Rubenstein Business Law, and for their response to Defendant Altex Transportation, Inc.'s Affirmative Defenses.

**FIRST AFFIRMATIVE DEFENSE:**

**FAILURE TO STATE A CLAIM**

**RESPONSE**: Denied. Altex is in breach of the Contract and Second Contract, as Altex was responsible for the safety of the cargo while it was in their possession, and violated the Contract and Second Contract by Trans-loading without written approval.

**SECOND AFFIRMATIVE DEFENSE:**

**NO SPECIAL/CONSEQUENTIAL DAMAGES**

**RESPONSE**: Denied. Altex's negligence proximately caused the breach by failing to act in a reasonable manner to safeguard the cargo.

### THIRD AFFIRMATIVE DEFENSE:

### NO BREACH OF CONTRACT

**RESPONSE**: Denied. Altex is in breach of the Contract and Second Contract, as Altex was responsible for the safety of the cargo while it was in their possession, and violated the Contract and Second Contract by Trans-loading without written approval.

### FOURTH AFFIRMATIVE DEFENSE:

### NO VIOLATION

**RESPONSE**: Denied. Altex is in breach of the Contract and Second Contract, as Altex was responsible for the safety of the cargo while it was in their possession, and violated the Contract and Second Contract by Trans-loading without written approval.

### FIFTH AFFIRMATIVE DEFENSE:

### LIMITATION OF LIABILITY

**RESPONSE**: Denied**.** Altex has not pled any limits to liability.

### SIXTH AFFIRMATIVE DEFENSE:

**RESPONSE:** Denied. Altex is in breach of the Contract and Second Contract, as Altex was responsible for the safety of the cargo while it was in their possession, and violated the Contract and Second Contract by Trans-loading without written approval.

### SEVENTH AFFIRMATIVE DEFENSE:

## NO NOTICE OF CLAIM

**RESPONSE**: Denied**.** Plaintiff notified Altex of the damaged cargo before filing the Complaint. Altex is in breach of the Contract and Second Contract, as Altex was responsible for the safety of the cargo while it was in their possession, and violated the Contract and Second Contract by Trans-loading without written approval.

## EIGHTH AFFIRMATIVE DEFENSE:

## NO STATUTE OF LIMITATIONS

**RESPONSE**: Denied**.** Altex has not pled any statute of limitations.

## NINTH AFFIRMATIVE DEFENSE:

## THIRD PARTIES

**RESPONSE**: Denied. Altex's negligence proximately caused the breach by failing to act in a reasonable manner to safeguard the cargo.

## TENTH AFFIRMATIVE DEFENSE:

## FAILURE TO MITIGATE DAMAGES

**RESPONSE**: Denied. Defendant has not provided any evidence/facts to support this defense. Plaintiff made best efforts to mitigate damages.

## ELEVENTH AFFIRMATIVE DEFENSE:

## LACK OF STANDING

**RESPONSE**: Denied. Defendant has not provided any evidence/facts to support this defense. Plaintiff has standing to bring this action as Defendant's actions caused harm to Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE:

## CARMACK AMENDMENT

**RESPONSE**: Denied. Defendant has not provided any evidence/facts to support this defense. Defendant moved to Dismiss the Complaint on these grounds, and the Motion was denied by this Court.

## THIRTEENTH AFFIRMATIVE DEFENSE:

## RESERVATION OF DEFENSES

**RESPONSE**: Denied. Defendant has not provided any evidence/facts to support this defense.

                                                Respectfully submitted,

                                                s/David Rubenstein
                                                  Attorneys for Plaintiff
                                                  Rubenstein Business Law

David Rubenstein, Esq.
Rubenstein Business Law
Counsel for Plaintiff
30 S. Wacker Dr., 22nd Flr.
Chicago, IL 60606