UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Traffix USA, Inc.
                              Plaintiff,

v.                                                          Case No.: 1:21−cv−03625
                                                            Honorable Martha M. Pacold

Altex Transportation, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 11, 2022:

      The parties' joint status report shows that while Defendant---an unwilling participant in this litigation---is taking court orders seriously and making efforts to comply with the schedule this court has set, Plaintiff---a willing participant---is not. Since the court entered the schedule for completing written discovery on April 29, 2022, Plaintiff has not filed any request to adjust the schedule and instead cavalierly seeks an extension in a status report with no explanation for having blown every deadline the court has set, (R. 28 at 3). Plaintiff states that its counsel "cont[r]acted the Covid-19 virus back in May" but says nothing about why it was unable to comply with the deadlines the court set or why it was unable to move the court for an extension of time. In light of Plaintiff's utter disregard for the court's order of April 29, 2022, Defendant is granted until July 22, 2022, to review Plaintiff's discovery responses and to confer about any deficiencies. If Defendant's issues are not resolved, Defendant has until July 29, 2022, to file a motion to compel. If Defendant prevails on its motion to compel, in whole or in part, the court will award reasonable attorney fees for having to file the motion. As for Plaintiff's failure to produce or identify any documents as required by Rule 26(a)(1)(A), Plaintiff is barred from offering any documents it should have produced by May 13, 2022, as evidence in this case unless Plaintiff produces them in response to Defendant's written discovery requests. As for Plaintiff's untimely discovery requests, the court declines to strike them because such measure would be too harsh under the circumstances. That said, Plaintiff is ordered to file its written discovery requests on the docket by tomorrow. If Plaintiff fails to do so, the court will strike them. If Plaintiff complies, the court will review the discovery requests and decide the requests to which Defendant should respond. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.