UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Traffix USA, Inc.
                                    Plaintiff,

v.                                                                  Case No.: 1:21−cv−03625
                                                                  Honorable Martha M. Pacold

Altex Transportation, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 2, 2022:

       MINUTE entry before the Honorable Young B. Kim:Written discovery is now closed, except for supplementing earlier discovery responses as required under Rule 26(e) and serving requests to admit and subpoenas for records. If the parties wish to serve supplemental written discovery requests, they must seek leave of court by filing a motion and attaching the proposed set of supplemental requests as an exhibit to the motion. Parties have until November 11, 2022, to complete all fact discovery. The court will not extend this deadline unless the parties can demonstrate in their motion for extension that they were diligent in attempting to complete their fact discovery. Parties are to file a joint status report by November 4, 2022, advising the court whether they require expert discovery. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.