**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRAFFIX USA, INC., | |
| Plaintiff, | Case No. 1:21-cv-03625 |
| vs. | |
| ALTEX TRANSPORTATION, INC., | Hon. Martha M. Pacold |
| Defendants. | Magistrate Judge Young B. Kim |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, TRAFFIX USA, INC. ("Traffix"), by and through its attorneys, moves this Court for an extension of time to submit the Supplement to the Motion for Sanctions setting forth the fees and costs associated with the Motion for Sanctions as set forth in this Court's Dec. 19, 2022 Order (Dkt. No. 49). In support, Traffix states as follows:

1. On December 19, 2022, the Court granted Traffix's Motion for Sanctions (Dkt. No. 43) and ordered Traffix to submit its costs and fees associated with such Motion ("Supplement to the Motion for Sanctions") by December 22, 2022 (Dkt. No. 49).

2. On December 22, 2022, Traffix, by and through its attorneys, filed a Motion for Substitution of Counsel seeking leave to substitute Marc S. Blubaugh and Claire Brennan of the law firm Benesch, Friedlander, Coplan & Aronoff LLP as their counsel in this litigation (Dkt. No. 50).

3. Given the timing of this substitution, Traffix seeks a 14-day extension of the December 22, 2022 due date to January 5, 2023 to submit its Supplement to the Motion for Sanctions as Attorney Marc S. Blubaugh and Claire Brennan require additional time to get up to speed in the case as well as to account for the upcoming holidays.

4. This extension is not sought for purposes of delay and will not prejudice Defendant.

5. Counsel for Defendant advised that they do not object to this extension of time.

WHEREFORE Plaintiff TRAFFIX USA, INC. respectfully requests that this Court enter an order:

a. granting a 14-day extension by which to submit Traffix's Supplement to the Motion for Sanctions; and

b. any and all other relief that this Court deems proper and just.

Dated: December 22, 2022         Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: */s/ Claire Brennan*

Claire Brennan
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 624-6399
cebrennan@beneschlaw.com

Marc S. Blubaugh (*pro hac vice forthcoming*)
41 S. High Street, Suite 2600
Columbus, Ohio 43215
(614) 223-9300
mblubaugh@beneschlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 22, 2022, she served the foregoing with the Clerk of Court using the CM/ECF System, which will send electronic notification of such filing to all counsel of record.

                                                                        */s/ Claire Brennan*